1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   AIDA MAGANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 05-413-JAM |
| Plaintiff, | **PROPOSED REQUEST TO RELEASE PASSPORT** |
| v. | |
| AIDA MAGANA, | |
| Defendant. | Judge:  Gregory G. Hollows |

On September 29, 2005, Ms. Magana deposited her passport (receipt #204-9763) with this Court as a condition of her release on bond.  On May 27, 2008, Ms. Magana was sentenced by Judge John A. Mendez to 24 months in the Bureau of Prisons and a Term of Supervised Release of 24 months.  After her release from custody, a Petition to Revoke her Supervised Release was filed.  On April 24, 2012, the defendant was sentenced by the Honorable Judge Mendez to an extended 1 year term of Supervised Release with additional conditions.

We wish to request that Ms. Magana's passport be released to the Federal Defenders Office who will return the passport to Ms. Magana.

/ / /

/ / /

/ / /

A proposed order follows for the Court's convenience.

Dated: July 17, 2012

                               Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ DENNIS S. WAKS

                               _____
                               DENNIS S. WAKS
                               Supervising Assistant Federal Defender
                               Attorney for AIDA MAGANA

## **O R D E R**

The Clerk of the Court for the Eastern District of California is ordered to release Ms. Magana's passport (receipt #204-9763) to the Federal Defenders Office located at 801 I Street, 3rd Floor, Sacramento, CA 95814.

DATED: July 17, 2012.

                               _____
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE

```
dad1.crim
magana.05cr0413.o.0717
```